**Opinion issued August 31, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-18-00653-CV**

**NO. 01-18-00725-CV**

———————————

**IN RE BOBBY B. DASH, Relator**

---

**Original Proceedings on Petitions for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Bobby B. Dash, proceeding pro se, filed two related mandamus petitions, with the first one seeking to compel the respondent district judge to amend his orders denying relator's motions for summary judgment and motion for protective order on discovery in the underlying trial court proceeding.[1] This Court

---

[1] The underlying proceeding is *Bobby B. Dash v. Parc Lake Estates Homeowners Association, Inc., and Carl Edward Bovermann, John Mgbere, Tracy Hermann*, Cause No. 2017-16096, in the 152nd District Court, Harris County, the Honorable

assigned this first petition to appellate cause number 01-18-00653-CV and requested and received a response.

Then relator filed a second pro se mandamus petition seeking to compel the respondent district judge to allow an appeal or to grant a final judgment and he also requests an opinion on Texas Rule of Civil Procedure 166a(e) to determine whether the denial of his summary judgment motions is appealable. This Court assigned this second petition to 01-18-00725-CV, but no response has been requested.

We deny both mandamus petitions. *See* TEX. R. APP. P. 52.8(a), (d).

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Keyes and Bland.

---

Robert K. Schaffer presiding. This Court previously dismissed for want of jurisdiction as moot relator's similar mandamus petition. *See In re Bobby B. Dash*, No. 01-18-00350-CV, 2018 WL 3580944, at *1 (Tex. App.—Houston [1st Dist.] July 26, 2018, orig. proceeding) (per curiam) (mem. op.) (dismissing petition seeking to compel the respondent to rule on relator's pending motions).